| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| | CLAUDETTE G. WILSON (110076) |
| 2 | MERYL C. MANEKER (188342) |
| | KATHERINE K. POTHIER (171783) |
| 3 | LISA A. HILL (223995) |
| | 550 West C Street, Suite 1050 |
| 4 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 5 | Facsimile: (619) 236-9669 |
| | E-mail: cwilson@wilsonturnerkosmo.com |
| 6 | E-mail: mmaneker@wilsonturnerkosmo.com |
| | E-mail: kpothier@wilsonturnerkosmo.com |
| 7 | E-mail: lhill@wilsonturnerkosmo.com |
| 8 | Attorneys for Defendant |
| | TARGET CORPORATION |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANYELL MURPHY and CANDI PERRY, individually and on behalf of all others similarly situated, | Case No. 09cv1436-CAB (WMC) |
| Plaintiffs, | **DEFENDANT TARGET CORPORATION'S MOTION AND NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, A DETERMINATION OF FACTS NOT GENUINELY IN DISPUTE; APPLICATION FOR EXEMPTION FROM WAGE ORDER** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |
| | **[Fed. R. Civ. P. 56(c), (g); Wage Order No. 7-2001, Section 17]** |
| | Complaint Filed: May 19, 2009 |
| | Date: August 22, 2012 |
| | Time: 2:00 p.m. |
| | **ORAL ARGUMENT REQUESTED SUBJECT TO COURT APPROVAL** |
| | District Judge: Cathy Ann Bencivengo |
| | Courtroom: 2 |
| | Magistrate Judge: William McCurine, Jr. |
| | Courtroom: C |
| | Trial Date: Not Set |

-1-    Case No. 09cv1436-CAB (WMC)

DEFENDANT TARGET CORPORATION'S MOTION AND NOTICE OF MOTION FOR SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, at 2:00 p.m. on August 22, 2012, or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101, Defendant Target Corporation ("Target") will, and hereby does, respectfully move the Court pursuant to Federal Rule of Civil Procedure 56(c) for summary judgment in its entirety on the First Amended Complaint of Plaintiffs Danyell Murphy and Candi Perry on the ground that there is no genuine issue as to any material fact and that Target is entitled to judgment as a matter of law.  In the alternative, Target applies to this Court for either (1) an order granting it an exemption pursuant to California's Wage Order No. 7-2001, Section 17 from Wage Order No. 7-2001, Section 14, or (2) an order stating the following material facts are not genuinely in dispute and treating the facts as established in the case pursuant to Federal Rule of Civil Procedure 56(g):

> (1) Target's *current* checkstand configurations do not reasonably permit the use of a seat;
>
> (2) Target did not willfully violate Section 14;
>
> (3) any violation of Section 14 by Target was inadvertent;
>
> (4) enforcement of Section 14 would not materially affect the welfare or comfort of Target Cashiers; and
>
> (5) enforcement of Section 14 would work an undue hardship on Target.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  This Motion is based upon this Notice of Motion, the Points and Authorities in Support of the Motion, the Notice of Lodgment, the Notice of Manual Filing, the Request for Judicial Notice, the Compendium of Target Cashier Declarations, and the Declarations of Julie Wegmiller, Dr. William Marras, Mitchell Knoll, and Katherine K. Pothier, Esq. submitted herewith, all pleadings and documents on file herein, and upon such other and further oral and documentary evidence as may be presented at or before the hearing on this Motion.

Dated:     June 13, 2012                    **WILSON TURNER KOSMO LLP**

By:       /s/ Claudette G. Wilson
          CLAUDETTE G. WILSON
          Attorneys for Defendant
          TARGET CORPORATION